UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CLOUDERA, INC. SECURITIES LITIGATIION | Case No. 19-cv-03221-MMC |
| This Document Relates To:<br><br>ALL ACTIONS | **JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 262 |

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Defendants' motion to dismiss the Second Amended Complaint is hereby GRANTED, and the Second Amended Complaint is hereby DISMISSED without further leave to amend.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 10/26/2022

Mark B. Busby, Clerk of Court

_____
Tracy Geiger
Deputy Clerk